IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**        **CASE NO: 1:06cr17-SPM/AK**

**TIMOTHY PAUL McKEE, SR.,**

        **Defendant.**
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE IS before the Court on the motion of the United States of America for a Preliminary Order of Forfeiture. Being fully advised in the premises, the Court finds:

    1.    On May 23, 2006, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against Defendant.

    2.    The Indictment charged Defendant with violations of Title 21, United States Code, Sections 841 and 846.

    3.    The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853.

    4.    On April 17, 2007, the Defendant entered into a Plea And Cooperation Agreement in which he agreed to forfeit to the United States of America his interest in the following:

A. **REAL PROPERTY LOCATED AT 130 NE 1ST STREET, HIGH SPRINGS, FLORIDA 32655, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,** and more particularly described as:

**The North 2/3 OF Lot 1, in Block 12, of the G.E. Foster Addition to the city of High Springs, a subdivision, according to the plat thereof as recorded in Plat Book "A", Page 6, of the public records of Alachua County, FL; located in Section 03, Township 08 South, Range 17 East, Alachua County, FL.**

**ORDERED, ADJUDGED and DECREED** that based on the foregoing, the Defendant's interest in the above property is hereby forfeited to the United States pursuant to the provisions of Title 21, United States Code, Section 853:

**ORDERED, ADJUDGED and DECREED** that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of

Forfeiture, as a substitute for published notice as to those persons so notified. It is further

**ORDERED, ADJUDGED and DECREED** that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this  2nd  day of July 2007, at Gainesville, Florida.


  *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge