IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff

vs.                                              Case No. 1:06cr17/SPM

**TIMOTHY PAUL McKEE, SR.**

       Defendant

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on July 2, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

    A.    **REAL PROPERTY LOCATED AT 130 NE 1ST STREET, HIGH SPRINGS, FLORIDA 32655, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, and more particularly described as:**

           **The North 2/3 OF Lot 1, in Block 12, of the G.E. Foster Addition to the city of High Springs, a subdivison, according to the plat thereof as recorded in Plat Book "A", Page 6, of the public records of Alachua County, FL; located in Section 03, Township 08 South, Range 17 East, Alachua County, FL.**

pursuant to the provisions of 21 U.S.C. § 853; and

WHEREAS, on November 2, 9, 16, and 23, 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture

and the intent of the United States of America to dispose of the property, in accordance with the law,  further notifying all third parties of their right to file a petition setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this 11th day of January, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge